**Order entered July 11, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00666-CV

## IN THE INTEREST OF J.J., ET AL., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-16-00916-W**

## ORDER

Before the Court is appellant's July 9, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **July 30, 2018**. We caution appellant that further extension requests in this accelerated appeal involving the termination of appellant's parental rights will be disfavored.


/s/ ADA BROWN
   JUSTICE